779 S.E.2d 804

**In the Matter of Russell Warren MACE, III, Respondent.**

**Appellate Case No. 2015–002418.**

Supreme Court of South Carolina.

Nov. 30, 2015.

## ORDER

The Office of Disciplinary Counsel asks this Court to place respondent on incapacity inactive status pursuant to Rule 28

---

of the Rules for Lawyer Disciplinary Enforcement (RLDE) contained in Rule 413 of the South Carolina Appellate Court Rules (SCACR).

IT IS ORDERED that respondent is transferred to incapacity inactive status until further order of this Court.

Respondent is hereby enjoined from taking any action regarding any trust, escrow, operating, and any other law office account(s) respondent may maintain at any bank or other financial institution including, but not limited to, making any withdrawal or transfer, or writing any check or other instrument on the account(s).

Within fifteen (15) days of the date of this order, respondent shall serve and file the affidavit required by Rule 30, RLDE. Should respondent fail to timely file the required affidavit, respondent may be held in civil and/or criminal contempt of this Court as provided by Rule 30, RLDE.

s/Jean H. Toal, C.J.
FOR THE COURT